UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20324-CR-MARTINEZ

UNITED STATES OF AMERICA

    Plaintiff,

vs.

CARLOS R. SAEZ DORTA, et al.

    Defendant(s).

_____/

## ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE

**THIS CAUSE** came before the Court upon the Defendant's Motion to Continue **[DE: 106]**. The Court having reviewed the issues at hand and being otherwise fully advised in the premises

After careful consideration, the Court finds that the ends of justice will be served by a continuance of the trial as to the Defendant's as set forth below, and that an extension outweighs the interest of the public and the Defendants in a speedy trial. Therefore, it is

**ORDERED AND ADJUDGED** that a continuance is **GRANTED.**

The previous calendar call and trial date are CANCELLED. Trial in this cause is reset during the two-week trial period starting on **Monday, February 28, 2022 at 9:30 a.m.**, at the United States Courthouse, Courtroom 10-1, 400 North Miami Avenue, Miami, Florida. Calendar Call will be held on **Thursday, February 24, 2022 at 1:30 p.m.** at the same location. All counsel must be present at the calendar call.

The Court finds that the period of delay from January 27, 2022 to February 28, 2022, and any other trial date set hereafter is excludable in calculating the period within which trial must commence in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 161(h)(7)(A).

Parties shall file their joint proposed jury instructions as well as verdict forms and proposed voir dire questions if any, one week prior to calendar call. For all other pretrial deadlines, the parties shall refer to the Court's scheduling orders **[DE: 15, DE: 62]** for applicable deadlines.

There will be no more continuances granted in this matter absent exigent circumstances.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of February, 2022.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record
    U. S. Probation Office